HERMAN REINHEIMER, Respondent, *v.* THOMAS CUNNINGHAM et al., Appellants.

*Reinheimer* v. *Cunningham*, 113 App. Div. 921, appeal dismissed.
(Submitted November 26, 1906; decided December 4, 1906.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judi-

cial department, entered June 27, 1906, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

The motion was made upon the grounds that the judgment was not appealable as of right and permission to appeal had not been granted.

*William D. Sporborg* for motion.

*Daniel Daly* opposed.

Motion granted and appeal dismissed, with costs, and ten dollars costs of motion.